AUSA KKD



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8721 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Adolfo HIGUERA-Castro, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

COUNT I

On or about August 12, 2008, within the Southern District of California, defendant Adolfo HIGUERA-Castro did knowingly and intentionally import approximately 18.12 kilograms (39.84 pounds) of cocaine a Schedule II Controlled Substance into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//

## COUNT II

On or about August 12, 2008, within the Southern District of California, defendant Adolfo HIGUERA-Castro did knowingly and intentionally import approximately 2.56 kilograms (5.63 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13TH DAY OF AUGUST 2008.

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Adolfo HIGUERA-Castro

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On August 12, 2008, at approximately 0650 hours, Adolfo HIGUERA-Castro (HIGUERA) entered the United States at the Andrade, California port of entry. HIGUERA was the driver, registered owner and sole occupant of a 1999 Plymouth Grand Voyager.

HIGUERA approached lane number two which was being manned by Customs and Border Protection Officer (CBPO) Bell. During routine border inspection questioning, HIGUERA gave a negative customs declaration. CBPO Bell noticed HIGUERA'S hands were shaking as he handed her his United Sates permanent resident card and referred HIGUERA and the vehicle to the vehicle secondary inspection.

While at vehicle secondary, CBPO Findley took over the inspection. CBPO Findley received a negative customs declaration from HIGUERA. HIGUERA stated he lived in San Luis, Mexico and was on his way to work in landscaping.

CBPO/CEO (Customs Enforcement Officer) Medley screened the vehicle with his assigned Human/Narcotics Detection Dog. The dog alerted to the vehicle HIGUERA was driving. CBPO/CEO Medley informed CBPO Findley of the alert. CBPO Findley continued the vehicle inspection and located a non-factory compartment in the vehicle's dashboard.

A subsequent inspection of the vehicle revealed twenty-three (23) packages concealed inside the compartment of the vehicle. CBPO Findley probed one of the packages and a sample

of a white powdery substance was obtained, which field tested positive for cocaine. A total of nineteen packages had a combined weight of approximately 18.12 kilograms (39.84 pounds) of cocaine. Also four Tupper-Ware looking packages were found, one was probed and a sample of a white crystal like substance was obtained, which field tested positive for methamphetamine. The combined weight of the four packages was 2.56 kilograms (5.63 pounds) of methamphetamine.

    HIGUERA was placed under arrest and advised of his rights, per Miranda, which he acknowledged and waived, agreeing to answer questions. HIGUERA stated he knew he was carrying cocaine but stated he was told it would only be two kilograms. HIGUERA stated he was to be paid $1,500.00 dollars to drive the drug-laden vehicle into the United States and park it at the Chevron parking lot at 4th Avenue in Yuma, Arizona. HIGUERA admitted to smuggling drugs in this same vehicle on approximately forty prior occasions and receiving about $60,000.00 dollars for it.