```
                              FILED
                         08 AUG 20 PM 4:48
                         CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA

                         BY:            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2794 W |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine and Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine and Methamphetamine with Intent to Distribute |
| ADOLFO HIGUERA-CASTRO, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about August 12, 2008, within the Southern District of California, defendant ADOLFO HIGUERA-CASTRO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 18.12 kilograms (39.84 pounds) of cocaine, and 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.56 kilograms (5.63 pounds) of methamphetamine, both Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

JPME:fer:Imperial
8/19/08

<u>Count 2</u>

On or about August 12, 2008, within the Southern District of California, defendant ADOLFO HIGUERA-CASTRO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 18.12 kilograms (39.84 pounds) of cocaine and 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.56 kilograms (5.63 pounds) of methamphetamine, both Schedule II Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

2